1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN KING,

11            Plaintiff,                    No.  CIV S-04-2246 LKK DAD P

12       vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,               ORDER REQUIRING
14
              Defendants.                  STATUS REPORT
15   _____/

16            This matter has now been at issue for sufficient time that it may be ready to be set

17   for trial.  The plaintiff and the defendants shall therefore each submit to the court and serve by

18   mail on all other parties the following status report:

19            1.  Whether this matter is ready for trial and, if not, why not;

20            2.  Whether additional discovery is deemed necessary and, if so, the nature and

21   scope of the discovery and the time needed in which to complete it;

22            3.  Whether any pretrial motions are contemplated and, if so, the type of motion

23   and the time needed to file each motion and complete the time schedule set forth in Local Rule

24   78-230(m);

25            4.  A brief narrative statement of the facts that will be offered by oral or

26   documentary evidence at trial;

1       5. A list of all exhibits to be offered into evidence at the trial of the case; the

2 parties shall not attach copies of their exhibits to the status report;

3         6. A list of the names and addresses of all witnesses the party intends to call;

4         7. A summary of the anticipated testimony of any incarcerated witnesses;

5         8. The time estimated for trial;

6         9. Whether either party still requests trial by jury; and

7       10. Any other matter, not covered above, which the party desires to call to the

8 attention of the court.

9         The parties may, if all consent, have this case tried, whether by jury trial or bench

10 trial, before a United States Magistrate Judge while preserving the right to appeal to the United

11 States Court of Appeals. An appropriate form for consent to have the trial presided over by a

12 magistrate judge is attached. A party choosing to consent may complete the form and return it to

13 the clerk of this court. Neither the magistrate judge nor the district judge handling the case will

14 be notified of the filing of a consent form unless all parties to the action have filed a consent.

15         In accordance with the above, IT IS HEREBY ORDERED that:

16         1. Plaintiff's status report shall be filed and served within thirty days from the

17 date of this order. Defendants' status report shall be filed within thirty days thereafter. The

18 parties are advised that failure to file a status report in accordance with this order may result in

19 the imposition of sanctions, including dismissal of the action or preclusion of issues or witnesses.

20         2. The clerk of the court is directed to send all parties the form "Consent to

21 Proceed Before United States Magistrate Judge," together with the instant order.

22 DATED: January 29, 2007.

23

24

25 DAD:13
    king2246.40

                  Dale A. Drozd

                  DALE A. DROZD
                  UNITED STATES MAGISTRATE JUDGE

26