IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

      Plaintiff,                         No.  CIV S-04-2246 LKK DAD P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.                <u>ORDER</u>

      Pursuant to the court's January 29, 2007 order, each party is required to file and serve a status report addressing nine topics.  Plaintiff has filed a status report that addresses only four of the topics.  Plaintiff will be required to file and serve an amended status report that addresses all nine topics.  Plaintiff shall not attach to the amended status report any exhibits or other documents.  IT IS ORDERED that plaintiff shall file and serve an amended status report within thirty days from the date of service of this order, and defendant's status report shall be filed and served within thirty days after plaintiff's amended status report is served.

DATED: March 14, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
king2246.40sec