IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

        Plaintiff,                               No.  CIV S-04-2246 LKK DAD P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.                   ORDER

_____/

        The court issued findings and recommendations on June 7, 2007, recommending dismissal of this action due to plaintiff's failure to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.  On June 11, 2007, plaintiff filed a notice of change of address.  In the interests of justice, the court will vacate its June 7, 2007 findings and recommendations and allow the case to proceed pursuant to the court's May 23, 2007 scheduling order.  However, plaintiff is advised that any subsequent failure to comply fully with court orders and applicable rules may result in a renewed recommendation to dismiss this case.  See Local Rule 11-110.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on June 7, 2007, are vacated; and

2. The Clerk of the Court is directed to re-serve plaintiff with a copy of the court's May 23, 2007 scheduling order.

DATED: June 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
king2246.vac33a