IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

        Plaintiff,                   No. CIV S-04-2246 ALA P

        vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On August 6, 2007, plaintiff filed a document entitled "Plaintiff's motion to compel written depositions, interrogatories and request admissions see [FRCP 37(2)(a)]." The court requests the defendants file a response to plaintiff's filing prior to the court issuing its ruling.

        In view of the above, IT IS HEREBY ORDERED that defendants file a response to the above captioned filing within 30 days of service.

DATED: August 7, 2007

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation