IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

       Plaintiff,             No. CIV S-04-2246 ALA P

  vs.

CALIFORNIA DEPT. OF CORRECTIONS,
et al.,

       Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C.§ 1983.  On April 24, 2007, defendants filed a motion to compel plaintiff's deposition.  On July 13, 2007, the court had not yet ruled on defendants motion to compel and defendants filed a motion to vacate the current scheduling order which permitted discovery until September 28, 2007.  On July 24, 2007, this court granted defendants motion to compel.   However, the court did not address the defendants motion to vacate the scheduling order.

      In light of the potential time constraints defendants may face in seeking plaintiff's deposition, the court will extend the deadline for discovery 30 days.  However, the court will not vacate the entire scheduling order.

/////

1           Accordingly, IT IS HEREBY ORDERED that:

2            1.  Defendants motion to vacate the scheduling order is denied; and

3            2.  The deadline for discovery is extended an additional 30 days up to and

4  including October 29, 2007.

5  DATED: August 22, 2007

6                              /s/ Arthur Alarcón

7                              UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26