IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

      Plaintiff,                    No. CIV S-04-2246 ALA P

      vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C.§ 1983. On November 21, 2007, Defendants filed a motion for summary judgment. The court requests Plaintiff file a response to Defendants motion prior to issuing a ruling.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff file a response to Defendant's November 21, 2007, motion for summary judgment within thirty-five (35) days of the date of this order.

/////

DATED: November 27, 2007

                                          <u>/s/ Arthur Alarcón</u>
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1