IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

      Plaintiff,                  No. 2:04-cv-02246 ALA P

   vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,
      Defendants.            <u>ORDER</u>

_____/

      Defendants are directed to file a response to Plaintiff's Opposition to Motion for Summary Judgment within in thirty-five (35) days of the date of this order.

      **IT IS SO ORDERED.**

/////

DATED: December 14, 2007

                                                  /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT  JUDGE
                                                Sitting by Designation