IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

       Plaintiff,                   No. 2:04-cv-02246 ALA P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,
       Defendants.              ORDER

_____/

      Plaintiff Kevin King is proceeding pro se and in forma pauperis in the civil rights action pursuant to 42 U.S.C. § 1983.  On January 2, 2008, Plaintiff filed a motion seeking to compel Defendants to produce certain discovery items.  On January 10, 2008, Defendants filed an opposition to Plaintiff's motion claiming that Plaintiff had requested the discovery after the time allowed for discovery had expired.

      Any party has the right to discovery of "any matter, not privileged, that is relevant to the claim or defense of any party...." ; thus, the scope of discovery under FED. R.CIV.P. 26(b)(1) is broad.  Discovery may be sought of relevant information not admissible at trial "if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." *Id.*  The court, however, may limit discovery if it "....is unreasonably cumulative or duplicative," or can be

1

1 obtained from another source "that is more convenient, less burdensome, or less expensive; or if
2 the party who seeks discovery "has had ample opportunity by discovery ...to obtain the
3 information sought"; or if the proposed discovery is overly burdensome.  FED. R.CIV.P.
4 26(b)(2)(i)(ii) and (iii).  If a party fails to make a disclosure required by Rule 26(a), any other
5 party may move to compel disclosure.  FED. R. CIV P. 37(a)(2)(a).

6   On May 23, 2007, the Magistrate Judge assigned to this matter filed an order that allowed
7 the parties to conduct discovery until September 28, 2007.  On August 24, 2007, this court
8 extended that deadline to October 29, 2007.  Plaintiff admits that Defendants received the
9 requested discovery after the period for discovery had expired but claims that, "Plaintiff is
10 supposed to be allowed more time.... because Plaintiff filed [an earlier] motion to compel."
11 Plaintiff's Motion to Compel at 2.  Plaintiff cites no authority for this claim and Plaintiff's prior
12 motion to compel was denied.

13   Plaintiff had ample opportunity to complete discovery under the court's scheduling order.
14 The requested discovery is sought outside of the period allowed for discovery.  Plaintiff's motion
15 to compel will therefore be denied.

16   Therefore, it is ORDERED that Plaintiff's January 2, 2008, motion to compel is
17 DENIED.
18 /////
19 DATED: January 14, 2008

20 /s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
21 Sitting by Designation

1 obtained from another source "that is more convenient, less burdensome, or less expensive; or if
2 the party who seeks discovery "has had ample opportunity by discovery ...to obtain the
3 information sought"; or if the proposed discovery is overly burdensome.  FED. R.CIV.P.
4 26(b)(2)(i)(ii) and (iii).  If a party fails to make a disclosure required by Rule 26(a), any other
5 party may move to compel disclosure.  FED. R. CIV P. 37(a)(2)(a).

6   On May 23, 2007, the Magistrate Judge assigned to this matter filed an order that allowed
7 the parties to conduct discovery until September 28, 2007.  On August 24, 2007, this court
8 extended that deadline to October 29, 2007.  Plaintiff admits that Defendants received the
9 requested discovery after the period for discovery had expired but claims that, "Plaintiff is
10 supposed to be allowed more time.... because Plaintiff filed [an earlier] motion to compel."
11 Plaintiff's Motion to Compel at 2.  Plaintiff cites no authority for this claim and Plaintiff's prior
12 motion to compel was denied.

13   Plaintiff had ample opportunity to complete discovery under the court's scheduling order.
14 The requested discovery is sought outside of the period allowed for discovery.  Plaintiff's motion
15 to compel will therefore be denied.

16   Therefore, it is ORDERED that Plaintiff's January 2, 2008, motion to compel is
17 DENIED.
18 /////
19 DATED: January 14, 2008

20 /s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
21 Sitting by Designation