IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

      Plaintiff,                        Case No. 2:04-cv-02246 ALA (P)

      vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

      Defendants.                 **ORDER**

      On April 25, 2008, Defendants filed a *nunc pro tunc* application to submit an untimely Pretrial Statement with this Court. (Doc. 84). Good cause appearing, Defendants' request is GRANTED.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendants file a Pretrial Statement on or before May 13, 2008;

      2. The Pretrial Conference, which will be conducted without appearance by either party, is now set for May 27, 2008; and

      3. These above changes amend this Court's Scheduling Order, dated January 9, 2008. (Doc. 77).

DATED: April 30, 2008                    /s/ Arthur Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation