1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN KING,

11           Plaintiff,                    Case No. 2:04-cv-02246 ALA (P)

12      vs.

13   CALIFORNIA DEPT. OF CORRECTIONS,
     et al.,
14           Defendants.                      **ORDER**

15   _____/

16          On June 24, 2008, Plaintiff Kevin King filed an objection to Defendants' discovery

17   practices. (Doc. 92).  It is HEREBY ORDERED that Defendants address Plaintiff's objections

18   on or before July 16, 2008.

19   /////

20   DATED: July 2, 2008

21                                   /s/ Arthur Alarcón
                                     UNITED STATES CIRCUIT JUDGE
22                                   Sitting by Designation

23

24

25

26

1