IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

        Plaintiff,                  Case No. 2:04-cv-02246 ALA (P)

    vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

        Defendants.               **ORDER**

_____/

       The instant matter is set for jury trial on August 19, 2008. (Doc. 91). Accordingly, this Court requests that the parties submit proposed jury verdict forms on or before August 8, 2008, in conjunction with the previously requested proposed *voire dire* and jury instructions. (Doc. 91). **IT IS SO ORDERED.**

DATED: July 10, 2008

                                         /s/ Arthur Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation