IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

      Plaintiff,                    Case No. 2:04-cv-02246 ALA (P)

  vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

      Defendants.                **ORDER**

_____/

      On June 24, 2008, Plaintiff King filed objections to Defendants' discovery methods. (Doc. 92). On July 2, 2008, this Court ordered Defendants to respond to Plaintiff's objections by July 16, 2008 (Doc. 93). In the interim, Plaintiff filed an addendum to his original objections. (Doc. 94). In light of this addendum, this Court HEREBY ORDERS that:

    1. This Court's Order (Doc. 93), is vacated; and

    2. Defendants shall respond to Plaintiff's objections that are raised in documents 92 and 94, on or before July 28, 2008.

/////

DATED: July 14, 2008

                                  /s/ Arthur Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                   Sitting by Designation