IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

       Plaintiff,                   Case No. 2:04-cv-02246 ALA (P)

       vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

       Defendants.               **ORDER**

_____/

      Defendants filed a response to Plaintiff's objection to their alleged "illegal use of discovery." (Doc. 97). IT IS HEREBY ORDERED that Plaintiff file a reply to Defendants' response on or before August 1, 2008.

/////

DATED: July 21, 2008

                                    /s/ Arthur Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation