IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

    Plaintiff,　　　　　　　　Case No. 2:04-cv-02246 ALA (P)

    vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

    Defendants.　　　　　　　**ORDER**

_____/

    On July 22, 2008, Plaintiff King filed a request for this Court to appoint him counsel. (doc. 99). Counsel may be appointed where the interests of justice so require. No absolute right to counsel exists, however, in civil rights actions.

    This Court is not persuaded that an appointment of counsel is required. Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an appointment of counsel be denied.

/////

DATED: July 28, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation