IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

      Plaintiff,                    Case No. 2:04-cv-02246 ALA (P)

      vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

      Defendants.                 **ORDER**

_____/

    This case is presently scheduled for a jury trial on August 19, 2008, before the undersigned.

    On August 5, 2008, Defendants filed a motion requesting a settlement conference. (Doc. 103). Previously, Plaintiff also expressed that he was amenable to a settlement conference. (Doc. 83). Pursuant to Local Rule 16-270(b), Defendants have requested that a magistrate judge preside over the settlement conference.

    Good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court randomly select a magistrate judge to preside over a settlement conference to be heard on or before August 15, 2008.

DATED: August 6, 2008

                            /s/ Arthur Alarcón
                            UNITED STATES CIRCUIT JUDGE
                            Sitting by Designation