IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

       Plaintiff,           Case No. 2:04-cv-02246 ALA (P)

   vs.

CALIFORNIA DEPT. OF CORRECTIONS,
et al.,

      Defendants.         **ORDER**

_____/

     Defendants filed proposed verdict forms in response to this Court's order (Doc. 95).  The proposed verdict forms are incomplete, however. (Doc. 108).  As per the Pretrial Order, (Doc. 91), the upcoming trial is bifurcated.

     Accordingly, IT IS HEREBY ORDERED that the parties file proposed verdict forms that address liability and damages on or before August 15, 2008.

/////

DATED: August 8, 2008

                      /s/ Arthur Alarcón
                      _____
                      UNITED STATES CIRCUIT JUDGE
                      Sitting by Designation