UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

KEVIN EUGENE KING,

    Plaintiff,                 CIV S-04-2246 ALA P

    v.

CALIFORNIA DEPARTMENTS OF
CORRECTIONS, et. al.

    Defendants.


**XX** -- **Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.**

    IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS RONALD BARNES, LARRY OAKLEY, RODNEY LAZARD AND VALERIO RENDON IN ACCORDANCE WITH THE JURY VERDICT RENDERED ON AUGUST 20, 2008.**

                                             Victoria C. Minor,
                                             Clerk of the Court

ENTERED:   August 21, 2008

                                             by:_____/s/_____
                                               Michele Krueger,
                                               Courtroom  Deputy