IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

        Plaintiff,                       Case No. 2:04-cv-02246 ALA (P)

    vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

        Defendants.                     **ORDER**

_____/

    Plaintiff Kevin King ("Plaintiff") was granted permission to proceed *in forma pauperis* during his action in the district court. (Doc. 11). Pending before this Court is Plaintiff's application to proceed *in forma pauperis* on appeal. (Doc. 130).

    The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a)(3).

    This Court has not certified that Plaintiff's appeal is not taken in good faith, and has not otherwise found that Plaintiff is not entitled to proceed on appeal *in forma pauperis*.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to proceed *in forma*

1  *pauperis* on appeal be denied as unnecessary.

2  /////

3  DATED: October 9, 2008                /s/ Arthur Alarcón
                                          UNITED STATES CIRCUIT JUDGE
4                                         Sitting by Designation